UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

SHANE A. AKE,

    Plaintiff,

    v.                                   CAUSE NO. 3:21-CV-709-DRL-MGG

R. KIEFFER, et al.,

    Defendants.

## ORDER

Shane A. Ake, a prisoner without a lawyer, filed an unsigned, and undated complaint. ECF 1. Federal Rule of Civil Procedure 11(a) requires that a complaint be signed. Because the submitted complaint is unsigned, it will be stricken, and Ake will be afforded a limited time to file a signed amended complaint.

Additionally, Ake did not pay the filing fee or move for leave to proceed *in forma pauperis*. He must take one of those two steps for the case to proceed further. If he moves for leave to proceed *in forma pauperis*, he must submit copies of his inmate trust fund ledgers for the past six months as required by 28 U.S.C. § 1915(a)(2).

For these reasons, the court:

(1) STRIKES the complaint (ECF 1);

(2) DIRECTS the clerk to place this cause number on a blank Pro Se 14 (INND Rev. 2/20) Prisoner Complaint form and a blank Prisoner Motion to Proceed In Forma Pauperis AO 240 (Rev. 7/10) (INND Rev. 8/16) and send them to the plaintiff;

(3) GRANTS the plaintiff until **October 22, 2021**, to either pay the filing fee or file an *in forma pauperis* motion on the court's form, accompanied by his trust fund ledgers for the past six months, **and** file an amended complaint as outlined herein; and

(4) CAUTIONS him that if he does not respond by the deadline, this case is subject to dismissal without further notice for failure to prosecute.

SO ORDERED on September 22, 2021

s/ Michael G. Gotsch, Sr.
Michael G. Gotsch, Sr.
United States Magistrate Judge