UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

SHANE A. AKE,

    Plaintiff,

v.                              CAUSE NO. 3:21-CV-709-DRL-MGG

R. KIEFFER, et al.,

    Defendants.

## ORDER

Shane A. Ake, a prisoner without a lawyer, filed this lawsuit and must pay the filing fee as required by 28 U.S.C. § 1915(b). Therefore, the court:

(1) GRANTS the plaintiff leave to proceed *in forma pauperis* (ECF 11);

(2) ORDERS the plaintiff, **Shane A. Ake, IDOC # 266983,** to immediately pay (and the facility having custody to automatically remit) **$51.53** to the clerk in payment of the initial partial filing fee;

(3) ORDERS the plaintiff to pay (and the facility having custody to automatically remit) to the clerk 20% of the money received for each calendar month during which $10.00 or more is received, until the $350.00 filing fee is paid in full;

(4) DIRECTS the clerk to create a ledger for receipt of these funds; and

(5) DIRECTS the clerk to send a copy of this order to each facility where the plaintiff is housed until the filing fee has been paid in full.

SO ORDERED.

October 29, 2021                                        *s/ Damon R. Leichty*
                                                                         Judge, United States District Court