UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

SHANE A. AKE,

    Plaintiff,

v.                                                  CAUSE NO. 3:21-CV-709-DRL-MGG

R. KIEFFER, et al.,

    Defendants.

## ORDER

Shane A. Ake, a prisoner without a lawyer, filed a motion asking to be appointed counsel. ECF 22. "There is no right to court-appointed counsel in federal civil litigation." *Olson v. Morgan*, 750 F.3d 708, 711 (7th Cir. 2014) (*citing Pruitt v. Mote*, 503 F.3d 647, 649 (7th Cir. 2007)). However, in some circumstances, the court may ask counsel to volunteer to represent indigent parties for free.

> When confronted with a request under § 1915(e)(1) for pro bono counsel, the district court is to make the following inquiries: (1) has the indigent plaintiff made a reasonable attempt to obtain counsel or been effectively precluded from doing so; and if so, (2) given the difficulty of the case, does the plaintiff appear competent to litigate it himself?

*Pruitt*, 503 F.3d at 654.

Here, the court has not yet screened the amended complaint. *See* ECF 21. It is not clear whether the amended complaint even states a claim for which relief can be granted. Thus, the court cannot evaluate the difficulty of this case. *See Romanelli v. Suliene*, 615 F.3d 847, 852 (7th Cir. 2010) ("[T]he case [is] still in its infancy, thereby

making it impossible at [this] juncture to make any accurate determination regarding [the plaintiff's] abilities" or the difficulty of the case.).

For these reasons, the motion (ECF 22) is DENIED.

SO ORDERED on March 29, 2022

                                                            s/ Michael G. Gotsch, Sr.
                                                            Michael G. Gotsch, Sr.
                                                            United States Magistrate Judge