-FILED-
AUG 15 2022
At _____ M
GARY T. BELL, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

Clerk of U.S.D.C,  8-7-2022

I'm corresponding with the Clerk of the U.S.D.C today to inform them that I'm currently residing at the Westville Correctional Facility and to send any responses to the address of:

Westville Correctional Facility
5501 S. 1100 W.
Westville, In 46391

Secondly, I'm requesting my complaint to be screened pursuant to 28 U.S.C § 1915A in order to assure that my second amended complaint states a claim for case #: 3:21-CV-00708-DRL-MGG. I, Shane A. Ake graciously appreciate the Court's time and consideration.

Respectfully,

Shane A. Ake
Westville Correctional Fac.
5501 S. 1100 W
Westville, In 46391

Name: Shane A. Ake
D.O.C.: 266983   Location C1-51-6U

INDIANA DEPARTMENT OF CORRECTION
WESTVILLE CORRECTIONAL FACILITY
5501 South 1100 West
WESTVILLE, IN 46391

THIS IDENTIFIES THIS CORRESPONDENCE AS
HAVING BEEN MAILED BY AN OFFENDER
INCARCERATED AT THE ABOVE CORRECTIONAL
INSTITUTION. "WARNING" NOT RESPONSIBLE
FOR CONTENTS. ANY ENCLOSED MONEY ORDERS
SHOULD BE REFERRED TO YOUR LOCAL
POST-MASTER BEFORE CASHING.



Legal Mail
US POSTAGE PITNEY BOWES
ZIP 46391 $ 000.57
02 4W
0000377834 AUG 11 2022

United States District Court
Office of the Clerk
204 South Main Street
South Bend, In 46601

4660182194 C005