AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

SHANE A AKE
    Plaintiff

v.                                        Civil Action No. 3:21-cv-709

R KIEFFER, *Case worker*
*also known as* R Keiffer

T BYERS, *Correctional Officer*

J CAMBLIN, *Nurse of Wexford*

C SIMPSON, *Correctional Officer*

T ORPURT, *Correctional Officer*

S HAWK, *Deputy Warden*

N NEAL, *Classification Analyst*

W HYATTE, *Warden*

R CARTER, *Commissioner*

    Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the Plaintiff(s), _____ recover from the Defendant(s) _____ damages in the amount of _____, plus post-judgment interest at the rate of ____ %

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant recover costs from the plaintiff _____

**X** Other: This case is DISMISSED under to 28 U.S.C. § 1915A. _____

This action was (*check one*):

☐ tried to a jury with Judge _____

presiding, and the jury has rendered a verdict.

☐ tried by Judge _____

without a jury and the above decision was reached.

**X** decided by  Judge Damon R. Leichty

DATE:  09/02/2022                    GARY T. BELL, CLERK OF COURT

                                                                    by     s/J. Barboza                              
                                                                         *Signature of Clerk or Deputy Clerk*