UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| SHANE A. AKE, | |
| Plaintiff, | |
| v. | CAUSE NO. 3:21-CV-709-DRL-MGG |
| R. KIEFFER, et al., | |
| Defendants. | |

ORDER

Shane A. Ake, a prisoner without a lawyer, filed a letter asking the court to waive the remaining balance of the filing fee in this case. ECF 28. However, because Ake is a prisoner, he is subject to the requirements of 28 U.S.C. § 1915(b) and must pay the entire filing fee in accordance with the procedures set forth in that statute. *See* 28 U.S.C. § 1915(b); *Hains v. Washington*, 131 F.3d 1248, 1250 (7th Cir. 1997) ("[T]he filing of a complaint (or appeal) is the act that creates the obligation to pay fees, and what the judge does later does not relieve a litigant of this responsibility."). The court does not have authority to waive the fee or to modify the amount or timing of payments. *Lucien v. DeTella*, 141 F.3d 773, 776 (7th Cir. 1998); *see also Newlin v. Helman*, 123 F.3d 429, 436 (7th Cir. 1997). Accordingly, because Ake is obligated to pay the filing fee in accordance with the procedures set forth in 28 U.S.C. § 1915(b), his request (ECF 28) is DENIED.

SO ORDERED on December 21, 2022

s/ Michael G. Gotsch, Sr.
Michael G. Gotsch, Sr.
United States Magistrate Judge